*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

6/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ asi _____ DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10120893

## Passport Receipt

Defendant Name:  Luis Dalhet Hipolito

Name on passport, if different:  enter text.

Country of Origin:  U.S.A

Ordered by court in the Central District of California

Docket Number:  2:25-03896M-2

U.S. Probation & Pretrial Services

_____

_____

_____
Surrendered By

Susana Marrujo

_____
Received By

_____
Returned To

_____
Surrendered By

Purpose Returned
_____

Address (if mailed)

06/27/2025
_____
Date

06/27/2025

_____
Date

_____
Date

_____
Date