UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-cr-00596-SVW | Date: 07/22/2025 |
| Present: The Honorable: Charles F. Eick, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Valencia Munroe | CS 07/22/2025 | Mikaela Gilbert Lurie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  Retained

Luis Dalhet Hipolito                                               Steven Kyle Ridgill

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/9/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED       PSASA            Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA        USMED       USMSA                                       Arrangement: 00 : 05
     Statistics Clerk                   Interpreter                     Initials of Deputy Clerk: VM by CGM
     CJA Supervising Attorney     Fiscal