# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00596-SVW | Date: | February 9, 2026 |
|---|---|---|---|

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

Interpreter   N/A

| Daniel Tamayo | Laura Elias | Solomon Kim<br>Jason Pang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Luis Dalhet Hipolito | | √ | | Steven Kyle Ridgill | √ | | √ |

**PRETRIAL CONFERENCE**
**MOTION in Limine to Exclude Improper Jury Nullification Arguments Filed by Plaintiff [40]**
**MOTION in Limine to Exclude Irrelevant and Prejudicial Post-Assault Evidence Filed by Plaintiff [41]**
**MOTION in Limine to Exclude Andrea Velez's Complaint and Subsequent Dismissal of Complaint Filed by Plaintiff [42]**
**MOTION in Limine to Preclude Self-Defense Instruction Filed by Plaintiff [43]**
**MOTION to Exclude Notice of Motion and Motion in Limine #1 to Exclude Evidence of Prior Alleged Bad Acts and Phone Data Filed by Defendant [44]**

**Proceedings:**     (Held and Completed)

Case called. Pretrial Conference held. The Court heard the parties' oral arguments regarding the pending Motion in Limines. For the reasons stated on the record, the Court CONTINUES the matter to Monday, February 23, 2026, at 11:00 a.m.

The jury trial date remains set for February 24, 2026, at 9:00 a.m.

IT IS SO ORDERED.

CC: PSA

|   |   : | 25 |
|---|---|---|

Initials of Deputy Clerk   DTA