TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
     Post-Conviction and Special Litigation Section
     1400 United States Courthouse
     312 North Spring Street, 14TH floor
     Los Angeles, California 90012
     Telephone: (213) 894-4447
     Facsimile: (213) 894-0142
     E-mail:   johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-00596-SVW |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OR REASSIGNMENT |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, hereby advises the Court that in the above-captioned case, an additional Assistant United States Attorney ("AUSA") is being assigned, as follows:

| | Name | E-Mail Address |
|---|---|---|
| Newly Assigned AUSA | JohnPaul LeCedre | johnpaul.lecedre@usdoj.gov |

Please make all necessary changes to the Court's case Management/Electronic Case Filing system to ensure that the newly-

//

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated:   February 18, 2026          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
 Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


   /s/ *JohnPaul LeCedre*
JOHNPAUL LECEDRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2