1 | BILAL A. ESSAYLI
First Assistant United States Attorney
2 | ALEXANDER B. SCHWAB
Assistant United States Attorney
3 | Acting Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
4 | Assistant United States Attorney
Major Frauds Section
5 |      1100 United States Courthouse
       312 North Spring Street
6 |      Los Angeles, California 90012
       Telephone: (213) 894-2450
7 |      Facsimile: (213) 894-0140
       E-mail:    solomon.kim@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |                   UNITED STATES DISTRICT COURT

11 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          No. CR 25-00596

13 |           Plaintiff,              [PROPOSED] ORDER CONTINUING TRIAL
                                       DATE AND FINDINGS REGARDING
14 |                v.                 EXCLUDABLE TIME PERIODS PURSUANT TO
                                       SPEEDY TRIAL ACT
15 | LUIS DALHET HIPOLITO,
                                       **NEW TRIAL DATE: 03-31-26**
16 |           Defendant.
                                       **NEW Status Conference DATE: 03-23-26**
17 |

18 |      The Court has read and considered the Stipulation Regarding

19 | Request for (1) Continuance of Trial Date and (2) Findings of

20 | Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

21 | parties in this matter on February 18, 2026.  The Court hereby finds

22 | that the Stipulation, which this Court incorporates by reference into

23 | this Order, demonstrates facts that support a continuance of the

24 | trial date in this matter, and provides good cause for a finding of

25 | excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

26 |      The Court further finds that:  (i) the ends of justice served by

27 | the continuance outweigh the best interest of the public and

28 | defendant in a speedy trial; (ii) failure to grant the continuance

1   would be likely to make a continuation of the proceeding impossible,

2   or result in a miscarriage of justice; and (iii) failure to grant the

3   continuance would unreasonably deny defendant continuity of counsel

4   and would deny defense counsel the reasonable time necessary for

5   effective preparation, taking into account the exercise of due

6   diligence.

7       THEREFORE, FOR GOOD CAUSE SHOWN:

8       1.   The trial in this matter is continued from February 24,

9   2026 to March 31, 2026.  The status conference hearing is continued

10  to March 23, 2026.

11      2.   The time period from February 24, 2026 to March 31, 2026,

12  inclusive, is excluded in computing the time within which the trial

13  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

14  and (B)(iv).

15      3.   Defendant shall appear in Courtroom 10A of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on March 31,

17  2026 at 9:00 AM.

18  //

19  //

20  //

21

22

23

24

25

26

27

28

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


February 19, 2026
DATE                                           HONORABLE STEPHEN V. WILSON
                                               UNITED STATES DISTRICT JUDGE




Presented by:

    /s/
SOLOMON KIM
Assistant United States Attorney

3