TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorneys
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652 / 4447
     Facsimile: (213) 894-0141
     E-mail:    jason.pang@usdoj.gov
                johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>LUIS DALHET HIPOLITO,<br><br>             Defendant. | No. CR 25-00596-SVW<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>Trial Date: March 31, 2026<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the<br>            Hon. Steven V. Wilson |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jason C. Pang and JohnPaul LeCedre, hereby submits its Exhibit List.

On March 20, 2026, the government conducted a telephonic meet and confer on the government's exhibits with counsel for defendant Luis Hipolito, Richardo Nicol and Steven Ridgill.  The parties stipulate to the authentication of the government's exhibits for trial.

The government respectfully reserves the right to supplement or revise this exhibit list as needed.

Dated: March 21, 2026                Respectfully submitted,

                                     TODD BLANCHE
                                     Deputy Attorney General
                                     BILAL A. ESSAYLI
                                     First Assistant United States
                                     Attorney

                                     ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____/s/_____
                                     JASON C. PANG
                                     JOHNPAUL LECEDRE
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

2

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 1 | 9th St Back Video USAO_00000025 | | |
| 2 | 9th St Front Video USAO_00000024 | | |
| 3 | BWC USAO_00000027 | | |
| 3A | Clip 1 from BWC USAO_00000027 | | |
| 4 | Aerial Video of Punch USAO_00000028 | | |
| 5 | Video of Punch | | |
| 6 | Crook Broken Glasses USAO_00000039 | | |
| 7 | Crook Injury USAO_00000043 | | |
| 8 | Hipolito in LEO Car USAO_00000041 | | |
| 9 | Hipolito DL_Redacted | | |
| 10 | Scene Location | | |
| 11 | Initial Report USAO_00000045 | | |
| 12 | Interview of Crook USAO_00000035 | | |
| 13 | Interview of Gutierrez USAO_00000036 | | |
| 14 | Hipolito ROI 1 USAO_00000054 | | |
| 15 | Hipolito ROI 2 USAO_00000057 | | |
| 16 | Hipolito ROI 3 USAO_00000058 | | |
| 17 | Hipolito ROI 4 USAO_00000059 | | |
| 18 | Hipolito ROI 5 USAO_00000060 | | |
| 19 | Hipolito ROI 6 (D Statements to Officer Felix) USAO_00000061 | | |
| 20 | Hipolito ROI 7 (Gutierrez Interview) USAO_00000063 | | |
| 21 | Hipolito ROI 8 (Crook Interview) USAO_00000065 | | |
| 22 | Amended App for warrant | | |

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 23 | Complaint Affidavit | | |
| 24 | Hipolito RAP Sheet USAO_00000002 | | |
| 25 | ROI for Hipolito Harboring Illegal Aliens USAO_00000006 | | |
| 26 | Use of Force Policy, USAO_00000006 | | |

4