TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorneys
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652 / 4447
     Facsimile: (213) 894-0141
     E-mail:    jason.pang@usdoj.gov
                johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LUIS DALHET HIPOLITO,<br><br>　　　　　Defendant. | No. CR 25-00596-SVW<br><br>GOVERNMENT'S FIRST AMENDED EXHIBIT LIST<br><br>Trial Date: March 31, 2026<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the<br>　　　　　　　Hon. Steven V. Wilson |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jason C. Pang and JohnPaul LeCedre, hereby submits its First Amended Exhibit List.

On March 20, 2026, the government conducted a telephonic meet and confer on the government's exhibits with counsel for defendant Luis Hipolito, Richardo Nicol and Steven Ridgill.  The parties stipulate to the authentication of the government's exhibits for trial.

The government respectfully reserves the right to supplement or revise this exhibit list as needed.

Dated: March 25, 2026                     Respectfully submitted,

                                          TODD BLANCHE
                                          Deputy Attorney General
                                          BILAL A. ESSAYLI
                                          First Assistant United States
                                          Attorney

                                          ALEXANDER B. SCHWAB
                                          Assistant United States Attorney
                                          Chief, Criminal Division


                                          _____/s/_____
                                          JASON C. PANG
                                          JOHNPAUL LECEDRE
                                          Assistant United States Attorneys

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

2

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 1 | 9th St Back Video USAO_00000025 | | |
| 2 | 9th St Front Video USAO_00000024 | | |
| 3 | BWC USAO_00000027 | | |
| 3A | Clip 1 from BWC USAO_00000027 | | |
| 4 | Aerial Video of Punch USAO_00000028 | | |
| 5 | Video of Punch | | |
| 6 | Crook Broken Glasses USAO_00000039 | | |
| 7 | Crook Injury USAO_00000043 | | |
| 8 | Hipolito in LEO Car USAO_00000041 | | |
| 9 | Hipolito DL_Redacted | | |
| 10 | Scene Location | | |
| 11 | Initial Report USAO_00000045 | | |
| 12 | Interview of Crook USAO_00000035 | | |
| 13 | Interview of Gutierrez USAO_00000036 | | |
| 14 | Hipolito ROI 1 USAO_00000054 | | |
| 15 | Hipolito ROI 2 USAO_00000057 | | |
| 16 | Hipolito ROI 3 USAO_00000058 | | |
| 17 | Hipolito ROI 4 USAO_00000059 | | |
| 18 | Hipolito ROI 5 USAO_00000060 | | |
| 19 | Hipolito ROI 6 (D Statements to Officer Felix) USAO_00000061 | | |
| 20 | Hipolito ROI 7 (Gutierrez Interview) USAO_00000063 | | |
| 21 | Hipolito ROI 8 (Crook Interview) USAO_00000065 | | |
| 22 | Amended App for warrant | | |

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 23 | Complaint Affidavit | | |
| 24 | Hipolito RAP Sheet USAO_00000002 | | |
| 25 | ROI for Hipolito Harboring Illegal Aliens USAO_00000006 | | |
| 26 | Use of Force Policy | | |
| 27 | [INTENTIONALLY LEFT BLANK] | | |
| 28 | BWC of Hipolito Interview | | |
| 29 | Clip 1 of BWC of Hipolito Interview | | |
| 30 | [INTENTIONALLY LEFT BLANK] | | |

4