**F I L E D**
CLERK, U.S. DISTRICT COURT

4/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:25-cr-00596-SVW |
|---|---|
| Plaintiff(s), | **DEFENDANT'S WITNESS LIST AND EXHIBIT LIST** |
| v. | |
| LUIS DALHET HIPOLITO, | |
| Defendant(s). | |

| Witness's Name | Dates of Testimony |
|---|---|
| Luis Dalhet Hipolito | March 31, 2026 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| A | Photo of Defendant's Bruises | March 31, 2026 | March 31, 2026 |

1.