**F I L E D**
CLERK, U.S. DISTRICT COURT

4/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>LUIS DALHET HIPOLITO,<br><br>            Defendant. | No. CR 25-00596-SVW<br><br>GOVERNMENT'S EXHIBIT LIST AT TRIAL |

| Exh. No. | Description | Date I.D. | Admitted |
|----------|-------------|-----------|----------|
| 1 | 9th St Back Video USAO_00000025 | | |
| 2 | 9th St Front Video USAO_00000024 | | |
| 3 | BWC USAO_00000027 | March 31, 2026 | |
| 3A | Clip 1 from BWC USAO_00000027 | March 31, 2026 | March 31, 2026 |
| 4 | Aerial Video of Punch USAO_00000028 | March 31, 2026 | March 31, 2026 |
| 5 | Video of Punch | March 31, 2026 | March 31, 2026 |
| 6 | Crook Broken Glasses USAO_00000039 | March 31, 2026 | March 31, 2026 |
| 7 | Crook Injury USAO_00000043 | March 31, 2026 | March 31, 2026 |
| 8 | Hipolito in LEO Car USAO_00000041 | March 31, 2026 | March 31, 2026 |
| 9 | Hipolito DL_Redacted | March 31, 2026 | March 31, 2026 |
| 10 | Scene Location | March 31, 2026 | March 31, 2026 |
| 11 | Initial Report USAO_00000045 | | |
| 12 | Interview of Crook USAO_00000035 | | |
| 13 | Interview of Gutierrez USAO_00000036 | | |
| 14 | Hipolito ROI 1 USAO_00000054 | | |
| 15 | Hipolito ROI 2 USAO_00000057 | | |
| 16 | Hipolito ROI 3 USAO_00000058 | | |
| 17 | Hipolito ROI 4 USAO_00000059 | | |
| 18 | Hipolito ROI 5 USAO_00000060 | | |
| 19 | Hipolito ROI 6 (D Statements to Officer Felix) USAO_00000061 | | |
| 20 | Hipolito ROI 7 (Gutierrez Interview) USAO_00000063 | | |
| 21 | Hipolito ROI 8 (Crook Interview) USAO_00000065 | | |
| 22 | Amended App for warrant | | |

3

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 23 | Complaint Affidavit | | |
| 24 | Hipolito RAP Sheet USAO_00000002 | | |
| 25 | ROI for Hipolito Harboring Illegal Aliens USAO_00000006 | | |
| 26 | Use of Force Policy | | |
| 27 | [INTENTIONALLY LEFT BLANK] | | |
| 28 | BWC of Hipolito Interview | March 31, 2026 | |
| 29 | Clip 1 of BWC of Hipolito Interview | March 31, 2026 | March 31, 2026 |
| 30 | [INTENTIONALLY LEFT BLANK] | | |

4