TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652 / 4447
     Facsimile: (213) 894-0142
     E-mail:   jason.pang@usdoj.gov
               johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

4/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY:_____DTA_____DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-00596-SVW |
|---|---|
| Plaintiff, | TRIAL STIPULATION No. 1 |
| v. | |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California, Assistant United States Attorneys Jason C. Pang and JohnPaul LeCedre; and defendant LUIS DALHET HIPOLITO, both individually and through his counsel of record, Ricardo A. Nicol and Diane C. Bass, hereby agree and stipulate to the following facts, which the parties further agree and stipulate may be entered into evidence at trial and read to the jury at any time for any purpose, unless otherwise ordered by the Court.

1

**TRIAL STIPULATION NO. 1**

At all times relevant to the indictment, defendant Luis Hipolito believed that C.C. was a federal officer or employee.

IT IS SO STIPULATED.

Dated: March 31, 2026          BILAL A. ESSAYLI
                               First Assistant United States
                                Attorney

                               ALEXANDER B. SCHWAB
                               Assistant United States Attorney
                               Chief, Criminal Division

                               _____
                               JASON C. PANG
                               JOHNPAUL LECEDRE
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

Dated: March 31, 2026

                               _____
                               RICARDO A. NICOL
                               DIANE C. BASS
                               Attorneys for Defendant
                               LUIS DALHET HIPOLITO

2

This agreement has been read to me in English, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand the terms of this stipulation, and I knowingly and voluntarily agree to the terms of Trial Stipulation No. 1.

_____          04/01/2026
LUIS DALHET HIPOLITO          Date
Defendant

3