**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

> **F I L E D**
> CLERK, U.S. DISTRICT COURT
>
> 4/1/2026
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ DTA _____ DEPUTY

UNITED STATES OF AMERICA )
                     )
         Plaintiff(s), )
                     )
     vs. )
                     )
                     )
LUIS DALHET HIPOLITO )
         Defendant(s). )

CASE NO.: **2:25-cr-00596-SVW**

JURY NOTE #: _____ 2 _____

TIME: _____ 3:07 PM _____

☒ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

Dated: April 1 2026