**FILED**
CLERK, U.S. DISTRICT COURT

4/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-00596-SVW |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

Dated: April 1, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1

## VERDICT FORM

We, the jury, unanimously find the defendant LUIS DALHET HIPOLITO (check one):

            _____ GUILTY

            ☒ NOT GUILTY

**(The foreperson should now sign and date this verdict form.)**

DATED: April 1 , 2026, at Los Angeles, California.

FOREPERSON OF THE JURY

2